UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA D. INGRAM(WHITE)** | * | CIVIL ACTION NO. 07-0102-SCR |
| | * | |
| | * | |
| versus | * | |
| | * | |
| **VANLINER INSURANCE CO.,** | * | MAGISTRATE JUDGE RIEDLINGER |
| **ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

**IT IS ORDERED BY THIS COURT** that the above entitled and numbered cause be and the same is hereby dismissed, with prejudice, Vanliner Insurance Company to bear costs.

  Baton Rouge         , Louisiana this  17th  day of  January   , 2008.

*Stephen C. Riedlinger*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE